IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JESSICA BLINKHORN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | FILE No. 1:23-cv-00129-SEG |
| YASH ENTERPRISES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff, having announced that the parties have reached a settlement in principle, the Court hereby **DIRECTS** the Clerk to administratively close this case. Plaintiff shall file a dismissal upon finalization of the settlement documents. If settlement negotiations fail, the parties should promptly move to reopen the case.[1]

**SO ORDERED,** this 6th day of April, 2023.

Sarah E. Geraghty
United States District Judge

---

[1]Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.